NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

**COMMONWEALTH OF KENTUCKY**
**CAMPBELL CIRCUIT COURT**
**DIVISION NO. ____**
**CASE NO.  22-CI-_____**
*Electronically Filed*

**DEBBIE ARLINGHAUS, ADMINISTRATRIX**
**OF THE ESTATE OF JESSICA VANOVER**
**AND AS GUARDIAN AND NEXT FRIEND**
**OF B.B., a minor**
**3076 Treetop Way**
**Edgewood, KY 41017**                                    **PLAINTIFFS**

**VS.**

**CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE: Jailer James Daley**
　　　　**601 Central Avenue**
　　　　**Newport, KY 41071**
　　　　**BY: Certified Mail)**

**AND**

**JAMES DALEY, INDIVIDUALLY AND IN HIS**
**CAPACITY AS THE DULY ELECTED**
**CAMPBELL COUNTY JAILER**
**601 Central Avenue**
**Newport, KY 41071**
**(BY:　Certified Mail)**

**AND**

**MARK BRANDT, INDIVIDUALLY AND IN HIS**
**CAPACITY AS THE DULY APPOINTED**
**CHIEF DEPUTY JAILER**
**601 Central Avenue**
**Newport, KY 41071**
**(BY:　Certified Mail)**

**AND**

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000001 of 000026

1

**Exhibit A**

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

**DEPUTY SHAWN HARTMAN**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

**SERGEANT STEPHEN MCDANIEL - SUPERVISOR**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

**DEPUTY XAVIER GIBBS - SUPERVISOR**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

**DEPUTY ALEXANDER FEAD**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

**DEPUTY CHARLES BOESCHENSTEIN**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

2

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000002 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

**DEPUTY ELIJAH MEYER - OFFICER IN CHARGE**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

**SERGEANT RYAN GROSSER**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

**DEPUTY IRVING**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

**DEPUTY PAM BROCK**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

**DEPUTY GONZALES**
**C/O CAMPBELL COUNTY DETENTION CENTER**
**601 Central Avenue**
**Newport, KY 41071**
**(SERVE BY: Certified Mail)**

**AND**

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000003 of 000026

3

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

HEAVON CULLUM - BOOKING SPECIALIST
C/O CAMPBELL COUNTY DETENTION CENTER
601 Central Avenue
Newport, KY 41071
(SERVE BY: Certified Mail)

AND

HEATHER N. OPPIHLE - BOOKING OFFICER
C/O CAMPBELL COUNTY DETENTION CENTER
601 Central Avenue
Newport, KY 41071
(SERVE BY: Certified Mail)

AND

MAIN CONTROL OPERATOR PRUITTE
C/O CAMPBELL COUNTY DETENTION CENTER
601 Central Avenue
Newport, KY 41071
(SERVE BY: Certified Mail)

AND

UNKNOWN DEPUTY JAILERS AND/OR
COLONELS, INDIVIDUALLY AND IN HIS/
HER OFFICIAL CAPACITY
601 Central Avenue
Newport, KY 41071
(SERVE:     Warning Order Attorney)

AND

CAMPBELL COUNTY, KENTUCKY AND
CAMPBELL COUNTY FISCAL COURT
AS THE OPERATOR OF THE CAMPBELL
COUNTY DETENTION CENTER
1098 Monmouth Street
Newport, KY 41071
(SERVE:     Campbell County Judge Executive - Steve Pendery
            1098 Monmouth Street
            Newport, KY   41071
            BY: Certified Mail)

4

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

**SOUTHERN HEALTH PARTNERS, INC.**
3712 Ringgold Road, #365
Chattanooga, TN 37412
(SERVE:     CT Corporation System
               4169 Westport Road
               Louisville, KY 40207
               BY: Certified Mail)


AND


**CORINNE HUGHES, LPN**
**C/O SOUTHERN HEALTH PARTNERS, INC.**
3712 Ringgold Road, #365
Chattanooga, TN 37412
(SERVE:     CT Corporation System
               4169 Westport Road
               Louisville, KY 40207
               BY: Certified Mail)


AND


**MERISSA SPARKS, RN**
**C/O SOUTHERN HEALTH PARTNERS, INC.**
3712 Ringgold Road, #365
Chattanooga, TN 37412
(SERVE:     CT Corporation System
               4169 Westport Road
               Louisville, KY 40207
               BY: Certified Mail)


AND


**MICHAEL (LAST NAME UNKNOWN)**
**C/O SOUTHERN HEALTH PARTNERS, INC.**
3712 Ringgold Road, #365
Chattanooga, TN 37412
(SERVE:     CT Corporation System
               4169 Westport Road
               Louisville, KY 40207
               BY: Certified Mail)


AND

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000005 of 000026

5

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

UNKNOWN NURSES                                    **DEFENDANTS**
INDIVIDUALLY AND IN HIS/HER CAPACITY
AS A MEMBER/EMPLOYEE OF SOUTHERN
HEALTH PARTNERS, INC.
3712 Ringgold Road, #365
Chattanooga, TN 37412
(SERVE:     CT Corporation System
            4169 Westport Road
            Louisville, KY 40207
            BY: Certified Mail)

## COMPLAINT AND JURY DEMAND

Come now the Plaintiff, Debbie Arlinghaus as Administratrix of the Estate of Jessica

Vanover, and as Guardian and Next Friend of B.B., a minor, by and through counsel, and for her

cause of action state as follows:

1. That the Plaintiff, Debbie Arlinghaus, brings this action as Administratrix of the Estate

of Jessica Vanover being duly appointed by the Campbell District Court and who resides at 3076

Treetop Way, Edgewood, Kentucky 41017 and as Guardian and Next Friend of B.B., a minor,

being duly appointed as Guardian by the Kenton District Court.

2. On January 9, 2021, Jessica Vanover, died while incarcerated in the Campbell County

Detention Center and whose address was 601 Columbia Street, Newport, Campbell County,

Kentucky.  She was incarcerated on January 7, 2021 on the charge of public intoxication-

controlled substance (excludes alcohol) KRS 525.100.

3. On the 3rd day of May, 2021, Debbie Arlinghaus was by Order of the Campbell

District Court appointed as Administratrix of the Estate of Jessica Vanover, deceased and

pursuant to said Order she took the oath of office prescribed by law and bond was approved by

the Court; by reason of which this Plaintiff became, was and now is, the duly appointed qualified

6

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

and acting Administratrix of the personal Estate of Jessica Vanover, deceased and authorized by law to bring this claim on behalf of the Estate and Debbie Arlinghaus was by Order of the Kenton District Court appointed Guardian of B.B., a minor, on the 8th day of February, 2021.

4. That the Plaintiff is the mother of Decedent. Jessica Vanover and grandmother of B.B., a minor.

5. That at all times relevant to this action, James Daley, was the duly elected Campbell County Jailer, address 601 Central Avenue, Newport, Campbell County, Kentucky, whose ministerial responsibilities included the training of deputy jailers in the intake of prisoners such as the Decedent including careful and informed medical screening of incoming prisoners, implementing the medical safety procedures enumerated in 501 KAR 3:090, supervising mandatory, in-person of every inmate pursuant to 501 KAR 3:060, and provide a safe and habitable jail but which specific duties the Defendant breached all to the detriment and damage of the Decedent prior to her death and the Estate of Jessica Vanover, resulting in the loss of consortium, companionship, assistance, services, society and love of B.B., a minor by her mother Jessica Vanover.

6. That at all times relevant to this action, Mark Brandt, was the First Chief Deputy Campbell County Jailer, address 601 Central Avenue, Newport, Campbell County, Kentucky, whose ministerial responsibilities included the training of deputy jailers in the intake of prisoners such as the Decedent including careful and informed medical screening of incoming prisoners, implementing the medical safety procedures enumerated in 501 KAR 3:090, supervising mandatory, in-person of every inmate pursuant to 501 KAR 3:060, and to provide a safe and habitable jail but which specific duties the Defendant breached all to the detriment and damage

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000007 of 000026

7

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

of the Decedent prior to her death and to the damages to the Estate of Jessica Vanover for wrongful death, and loss of consortium by her daughter, B.B., a minor for the loss of her mother.

7. That, pursuant to KRS 441.025, at all times relevant to this action, the Campbell County Fiscal Court, consisted of four members comprised of a Judge Executive and three Commissioners and whose address 1098 Monmouth Street, Newport, Campbell County, Kentucky 41071, and were responsible for providing and maintaining safe, secure, and clean conditions in the Campbell County Detention Center and for providing a facility that complied with KRS 441.055 and regulations enacted pursuant thereto but which duties the Defendant breached all to the detriment and damage of the Decedent prior to her death and to the damages of the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter, B.B., a minor for the loss of her mother.

8. That Southern Health Partners, Inc., is a corporation for profit duly organized and authorized to conduct business in the Commonwealth of Kentucky and whose address is 3712 Ringgold Road, #364, Chattanooga, Tennessee 37412 and whose registered agent is the CT Corporation, 4169 Westport Road, Louisville, Kentucky 40207 and were contracted by the Campbell County Fiscal Court and James Daley, Jailer, for the Campbell County Detention Center and were to provide competent medical care for inmates such as deceased, Jessica Vanover, but breached their duties and the contract.

9. That Deputy Shawn Hartman; Sergeant Stephen McDaniel, Supervisor; Deputy Xavier Gibbs, Supervisor; Deputy Alexander Fead; Booking Specialist Heavon Cullum; Deputy Charles Boeschenstein; Deputy Elijah Meyer, Officer in Charge; Sergeant Ryan Grosser; Booking Officer Heather N. Oppihle; Main Control Operator Pruitte; Deputy Irving; Deputy Pam Brock; and

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000008 of 000026

8

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

Deputy Gonzales and such Unknown employees of the joint Defendants, Deputy Jailers and Colonels were, at all times relevant to this action, an employee of the Campbell County Detention Center at address 601 Central Avenue, Newport, Campbell County, Kentucky, and, as such, were required to complete the ministerial duties of conducting medical intake screenings of incoming prisoners, providing necessary medical treatment to all prisoners, responding to and aid in all emergency medical situations, and conducting in person surveillance of inmates in detox at least every 20 minutes as required by KRS 441.055, KAR 3:090 and 501 KAR 3:060 but which duties the Defendant breached all to the detriment and damage of the Decedent prior to her death and to the damages to the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter, B.B., a minor for the loss of her mother.

10.  That Marissa Sparks, RN; Corinne Hughes, LPN; Michael (Law Name Unknown) LPN; Nurse TS (Full Name Unknown; Unknown Nurses of Southern Health Partners, Inc. were at all times relevant to this action, employees of the Southern Health Partners, Inc. and employed at the Campbell County Detention Center at address 601 Central Avenue, Newport, Campbell County, Kentucky,  and, as such, were required to complete the ministerial duties of conducting medical intake screenings of incoming prisoners, providing necessary medical treatment to all prisoners, responding to and aiding in all emergency medical situations, and conducting in person surveillance of inmates in detox at least every 20 minutes as required by and providing care, treatment, range of motion exercises and complying with the safety restraint chair instructions and KRS 441.055, KAR 3:090 and 501 KAR 3:060 but which duties the Defendant breached all to the detriment and damage of the Decedent prior to her death and to the damages to the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter, B.B., a minor for

9

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000009 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

the loss of her mother.

11.  That the Defendant Employees names in paragraph 10 and Unknown Colonels,
Sergeants and various level Jail employees were, at all times relevant to this action, an employed
by the Campbell County Detention Center, at address 601 Central Avenue, Newport, Campbell
County, Kentucky, and were supervising officers on duty on January 9, 2021, and as such, he/she
were responsible for the direct supervision of all deputy jailers and employees of Souther Health
Partners working at all times relevant to this action.  Therefore, he/she were responsible for the
implementation of proper intake procedures, medical standards and procedures as required by
KRS 441.055 and 501 KAR 3:090 and supervising the required in-person surveillance of inmates
placed or known to be in detox every 20 minutes and were bound to follow the safety restraint
chair instructions and warnings, but which duties the Defendant breached all to the detriment and
damage of the Decedent prior to her death and to the damage to the Estate of Jessica Vanover for
wrongful death and loss of consortium by her daughter, B.B., a minor for the loss of her mother.

12.  That at all times relevant to this action no Defendant acted in a discretionary
capacity, and all actions taken and/or required by all Defendants were taken and/or required in a
ministerial capacity as specifically mandated by KRS 441.055, 501 KAR 3:090 and 501 KAR
3:060 among other statues and regulations.

13.  That this action taken and/or required by the Defendants in the preceding paragraph
were not undertaken or were undertaken in a negligent manner all to the detriment and damage of
the Decedent, Jessica Vanover, before her death and to the damage to the Estate of Jessica
Vanover for wrongful death and loss of consortium by her daughter, B.B., a minor for the loss of
her mother.

10

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000010 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

14. That Jailer James Daley was mandated by statute, ordinance and regulation to train his Deputies, Colonels, Sergeants, Officers in Charge, Booking Specialist, Control Operators and Chief Deputies to avoid the exact event that befell the Plaintiff and either failed in this duty or was negligent in its implementation all to the detriment and damage of the Decedent, Jessica Vanover, prior to her death and to the damage to the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter, B.B., a minor for the loss of her mother.

15. That KRS 441.055, 501 KAR 3:090 and KAR 3:060 among other statutes and regulations create absolute, certain and imperative duties for the Defendants, individually and jointly, to follow in the care and custody of inmates and specifically the Plaintiff, Jessica Vanover, involving merely execution of a specific act, i.e. necessary medical treatment, arising from fixed and designated facts, i.e. inmate with a serious illness, withdrawing from drugs and suffering psychological disability and following the instruction manual for use of the safety restraint chair and to abide by the chair's warnings.

16. That the Defendants, each of them individually and jointly, negligently performed or negligently failed to perform these duties directly and proximately causing the death of Jessica Vanover and directly causing Jessica Vanover to endure great pain, suffering, mental anguish and ultimately to her wrongful death all to the detriment and damage of her Estate and to the loss of consortium by her daughter, B.B., a minor for the loss of her mother.

17. That the Defendants exercised absolute and arbitrary power over the life of the Decedent in violation of her rights under §2 of the Kentucky Constitution all to the detriment and damage of the Decedent, Jessica Vanover, and to the damage to the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter, B.B., a minor, for the loss of the mother.

11

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000011 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

18.  That the Jail Defendants identified in this Complaint violated the general safety restraint chair instructions and warnings.  The warnings specifically tell a user of the chair that use of the chair without first reading and thoroughly understanding the instructions could cause injury or DEATH.  The manual warns violent behavior may mask dangerous medical conditions and therefore detainees must be monitored for and provided medical treatment.  **DETAINEES SHOULD NOT BE LEFT IN THE RESTRAINT CHAIR FOR MORE THAN TWO (2) HOURS.  DETAINEES SHOULD BE UNDER OBSERVATION FOR THAT TIME.**

The time limit is to allow the detainee to calm down, and allow medical staff to seek medical and psychological help.

The two hour time period should never be extended unless with proper medical supervision.  The extended period must not exceed eight (8) HOURS and range of motion exercises should be performed regularly.

The manufacturers generally do not recommend anyone be left in the chair for more then ten (10) hours total.

**NO BELT OR STRAP SHOULD BE TIGHT ENOUGH TO RESTRICT ANY BLOOD FLOW**

**HANDCUFFS AND LEG IRONS MUST BE REMOVED AS SOON AS POSSIBLE.**

**THE CHAIR SHOULD "NEVER" BE USED AS A MEANS OF "PUNISHMENT."**

19.  That Jessica Vanover was placed in the restraint chair by Deputy Shawn Hartman on January 8, 2021 around 5:00 p.m.  Deputy Hartman placed her in the chair because she had slapped him and kicked him because she wanted to leave believing the Judge had released her.

12

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000012 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

20.  That Deputy Hartman was using the chair as a means of punishment in direct violation of the warnings and instructions, and it was Deputy Hartman who was monitoring Jessica Vanover from 16:56:28 when she was placed in the chair to 18:57:13.

21.  That two (2) hours had passed from being placed in the chair when Deputy Hartman ended his shift.  Jessica Vanover was not taken out of the chair as the chair monitoring instruction recommend.

22.  That Jessica Vanover remained in the chair for sixteen (16) hours until she died.

23.  That a note from an employee of Co-Defendant, Southern Health Partners, states as follows:

"Progress Notes Text Only
        OUT

| Response/Value | Observer |
|---|---|

Per booking deputy, pt has remained in restraint chair since 5pm yesterday, except for her ROM breaks.  Pt BP 118/78, Pulse 153,02 98% ra, T 97.0 Pt does not respond when spoken to, unable to follow commands, slinging head back and forth and moving whole body against restraints.  Per booking deputy, pt has not slept over night.  Pt skin with loss of color, lips scabbed.  Restraints checked and WNL, MD notified of pt condition.  Awaiting return call."

The time, date and author was omitted.

24.  That Jessica Vanover was placed in the chair on January 8, 2021 at 5:00 p.m. and died 16 hours later on January 9, 2021 at 9:00 a.m.

25.  The Defendants ignored the warnings that failure to follow and understand instructions may result in death, disregarded her behavior which did mask a dangerous medical condition, failed to properly monitor her, kept her in the chair for more than two (2) hours and

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000013 of 000026

13

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

more than ten (10) hours, she had calmed down, slept some, talking some, the straps were so

tight they cut off her circulation in her wrist and chest and under legs as is noted by the nurse,

"skin with loss of color," and as demonstrated in the hospital photographs, and last but note least,

the chair was being used to punish Jessica Vanover, and they killed her as the instructions

predict.

    26.  The Defendants did not seek out any other means to control Jessica Vanover despite

her becoming compliant with Officers and Nurse's request.  The continued use of the restraint

chair constituted a malicious and sadistic use of force because it was "physically barbarous or

involved the imposition of pain totally without penological justification."

    27.  The Co-Defendants were deliberately indifferent to her serious medical needs

knowing she was detoxing from meth or other drugs.

    28.  That the United Nations Committee Against Torture 2000 called on the United State

to abolish the use of the chair on people in custody.  The Committee believed the use of the chair

constitutes torture and other cruel, inhuman or degrading treatment.

    29.  That Amnesty International has been advocating for a federal investigation into this

use.

    30.  That at all times relevant to this action Southern Health Partners, Inc. (hereinafter

Southern Health Partners) is believed to have contracted with Campbell County Fiscal Court and

the Campbell County Detention Center to provide medical treatment, care and protection to the

inmates of the Campbell County Detention Center and was responsible for hiring, training and

supervising the nurses, doctors, agents, and employees of Southern Health Partners who were

employed to conduct such activities, but Southern Health Partners breached its duties to the

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000014 of 000026

14

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

detriment and damage of the Decedent, Jessica Vanover and to the damage to the Estate of

Jessica Vanover for wrongful death and loss of consortium by her daughter, B.B., a minor for the

loss of her mother.

31. That at all times relevant to this action, the Nurses and Licensed Practitioner Nurses

identified in paragraph 11 and Unknown Nurses, (these Defendants are assumed to be nurses

however they could be nurse assistants, doctors, physician's assistants, or nurse practitioners)

were employees and/or agents of Southern Health Partners and stationed, contracted to be at, and

working in the Campbell County Detention Center and had a duty to provide medical care,

supervision and treatment to the inmates detained therein but were negligent in their supervision,

care, and treatment of the Decedent directly and proximately causing the Decedent's pain and

suffering and ultimately her death to her damage and detriment and to the damage and detriment

of her Estate for wrongful death and loss of consortium by her daughter, B.B., a minor for the

loss of her mother.

32. That the parties identified in paragraph 11 and Unknown Nurses negligently,

carelessly and without regard for the Decedent failed to provide care to the Decedent at the

Campbell County Detention Center or negligently and carelessly provided care and signed what

appeared to be the illegible, untimed information in Decedent's medical records and which

terrible record keeping and negligent, careless conduct was a direct cause of her pain and

suffering and death. It was the duty of said Defendants and Co-Defendants when attending to a

detainee such as Jessica Vanover when strapped into a safety restraint chair to obtain all vital

statistics, to check the straps, handcuffs and connected straps to ensure the detainee was not

suffering injury or being put to death by use of the chair but breached their duties.

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000015 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

33. That on January 7, 2021, the Decedent, Jessica Vanover, was arrested for public intoxication-controlled substance and was placed by the Bellevue Police Department in the Campbell County Detention Center.

34. That on January 7, 2021, the Decedent, Jessica Vanover, was put into the custody of the Campbell County Detention Center and was entrusted to the care and keeping of the Campbell County Detention Center and Southern Health Partners and their joint employees.

35. That the Campbell County Detention Center employee negligently, carelessly, recklessly and in violation of his or her training and duties failed to properly record or document that Jessica Vanover shortly after being lodged in the Campbell County Detention Center began to go through withdraw from medication and/or drugs, and failed to diagnose and screen her, but instead bound her to a discipline chair or safety restraint chair where she could not move her feet, arms or wrist and kept her in the chair for 15 hours, which detention in the chair violated the Operator's Manual and Instructions for the chair and which conduct was gross and wanton conduct and a complete disregard for human life and for the life of Jessica Vanover, in direct violation of the 8th Amendment of the United States Constitution cruel and unusual punishment all to the detriment and damage of the Estate of Jessica Vanover and which conduct the Defendants' jointly and severally should be punished by an award of punitive damages.

36. That when the Decedent, Jessica Vanover, was taken into the custody of the Campbell County Detention Center on January 7, 2021, the Defendants negligently, carelessly and in violation of their duties individually and jointly failed to perform a complete medical screening and to obtain complete intake information and history or negligently and carelessly performed an inadequate medical screening as required by KRS 441.055 and 501 KAR 3:090(8),

16

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000016 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

and that because no medical screening was conducted or was conducted in a negligent and careless manner the Co-Defendants, their employees and agents, negligently and carelessly failed to provide the Decedent's necessary medical treatment knowing that she was addicted to drugs and knowing from prior placement in the Campbell County Detention Center that she was a known drug addict and failed to follow an approved detox program all to the detriment and damage of the Decedent, Jessica Vanover, and to the damages to the Estate of Jessica Vanover for wrongful death and for loss of consortium by her daughter, B.B., a minor for the loss of her mother.

37. That, when the Decedent was taken into custody on January 7, 2021, the Defendants individually and jointly negligently and carelessly failed to access and review their existing records to identify past known conduct that the Decedent previously had informed the Defendants of her addiction and which addiction the police noted in their arrest record and knew or should have been known by Co-Defendants and specifically of medical condition and need for medical care, and never the need to be strapped to a chair where she died.

38. That the booking officer was responsible for and should have been properly trained in conducting an intake interview and medical screening, but either negligently and carelessly failed to conduct said activities or conducted them in a negligent and careless manner thereby failing to discover the Decedent's life-threatening addiction and medical condition all to the detriment and damage of Jessica Vanover and to the damage to the Estate of Jessica Vanover for wrongful death and for the loss of consortium by her daughter, B.B., a minor for the loss of her mother.

39. That the supervising officer and employees of Co-Defendants were responsible for and should have been properly trained in conducting the use of the discipline chair and were

17

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000017 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

responsible for a complete medical screening, but either negligently and carelessly failed to

conduct said activities or conducted them in a negligent and careless manner thereby failing to

record, discover, or inquire about the Decedent being detoxed in the discipline chair, and her

medical condition failing health and failed to properly record visits and check ups as required by

the chair's owner's manual, failed to adequately require the Southern Health Partners nurses to

provide care and treatment of her wounds on her wrist and legs and bruised abdomen all to the

detriment and damage of Jessica Vanover and to the damage to the Estate of Jessica Vanover for

wrongful death and loss of consortium by her daughter B.B., a minor for the loss of her mother.

40.  That the intake, booking officer and booking specialist were responsible for and

should have been properly trained in conducting an intake interview and medical screening and

assigning appropriate cell for detox, but either negligently and carelessly failed to conduct said

activities or conducted them in a negligent and careless manner thereby failing to record, and

require the employees of Southern Health Partners to evaluate the Decedent's addiction and

psychological status and thus life-threatening medical condition all to the detriment and damage

of Jessica Vanover and to the damage to the Estate of Jessica Vanover for wrongful death and

loss of consortium by her daughter B.B., a minor for the loss of her mother.

41.  That at all times relevant hereto, the Nurses and employees of Southern Health

Partners in paragraph 11 and Unknown Nurses acted as agents and employees in the scope of

their employment for Southern Health Partners, and as such Southern Health Partners is liable for

the negligence and carelessness of its employees pursuant to the doctrine of Respondeat Superior.

42.  That at all times relevant to the Deputies and employees identified in paragraph 10

and Unknown employees acted as agents and employees in the scope of their employment for the

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000018 of 000026

Filed        22-CI-00013      01/07/2022      Taunya Nolan Jack, Campbell Circuit Clerk

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

Campbell County Detention Center and as such the Campbell County Detention Center and Campbell County Fiscal Court are liable for the negligence and carelessness of their employees through the Doctrine of Respondent Superior.

43. That the Defendants, each of them individually, jointly and severally, negligently and carelessly prevented or forgot to provide Decedent, Jessica Vanover, medication for detoxification and to place her in a safe cell and other necessary actions, medications and medical supplies for treatment of her impaired psychological condition despite the obvious immediate threat to the Decedent's health known or should have known to the Co-Defendants individually, jointly and severally and as a direct result of the Co-Defendants breached duties owed to Jessica Vanover and the Estate of Jessica Vanover to her detriment and the detriment of her Estate in such amounts as the proof may show.

44. That the Co-Defendants, jointly, severally and individually, negligently and carelessly placed the Decedent, Jessica Vanover, in the disciplinary chair or safety restraint chair and negligently and carelessly ignored her as she slung her head from side to side and she was misdiagnosed, tugged on the straps on her arms, pushed her chest and abdomen out struggled with her legs, moaning in pain and anxiety but despite the obvious distress the Co-Defendants negligently examined or not examined at all though she was showing visible signs of injury with cuts and bruises. As such the Co-Defendants breached the standards and duties of care required of the Co-Defendants and breached standards and duties as trained medical professionals or trained jail employees directly and proximately resulting in damage to Jessica Vanover and to the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter B.B., a minor for the loss of her mother.

19

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000019 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

45.  That Nurses and employees listed in paragraph 11, their Co-Defendants negligently and carelessly misdiagnosed the Decedent's serious medical condition as withdrawal from drugs and negligently and carelessly ordered a path of treatment that failed to address the Decedent's life-threatening medical needs.  This failure to examine and diagnose the Decedent's failing health, heart distress and dangerous psychological condition was the direct and proximate cause of the Decedent's pain, suffering, and death all to the detriment and damage of Jessica Vanover and the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter B.B., a minor for the loss of her mother.

46.  That Jailer James Daley negligently and carelessly failed to supervise and train his deputies to obtain, record and access medical records and review prior intake records, to ensure complete files were reviewed and to ensure that the information obtained by previous intake and booking officers about Jessica Vanover was available to all Defendants and specifically that the Decedent had a known serious health condition, addiction to meth but this information was not given or easily discovered by intake officers conducting screenings of the decedent at the time of her intake on January 7, 2021 all to the detriment of Plaintiffs.

47.  That Jailer James Daley negligently and carelessly failed to supervise and train his deputies in screening inmates for medical problems, conducting intake interviews, following the jail procedure manual, following the safety restraint chair manual instructions and warnings and in responding to emergency medical situations, providing medical assistance to inmates, and monitoring inmates who show signs of medical problems and the failure of his employees to follow the training manual instructions for use of the disciplinary chair all to the detriment and damage of Jessica Vanover and the Estate of Jessica Vanover for wrongful death and loss of

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000020 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

consortium by her daughter B.B., a minor for the loss of her mother.

48.   That, pursuant to KRS 441.055 and regulations enacted pursuant thereto, Jailer James Daley is negligent as a matter of law for failing to follow his specific ministerial duties stated therein all to the detriment and damage of the Decedent, Jessica Vanover, and the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter B.B., a minor for the loss of her mother.

49.   That as a direct and proximate result of Defendants' negligent and careless conduct Decedent, Jessica Vanover, spent fifteen (15) hours in the disciplinary chair at the Campbell County Detention Center without proper medical care being administered to her and without her wounds being cared properly for and by the Defendants' breach of their duties and failing to inspect, treat, examine, and diagnose and as a direct result the Decedent suffered unnecessary misery, pain, and suffering all to the detriment and damage of the Decedent, Jessica Vanover, and the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter B.B., a minor for the loss of her mother.

50.   That during the three day period the Co-Defendants negligently and carelessly failed to conduct in-person surveillance of the Decedent every 20 minutes despite the fact that she had been placed in a disciplinary chair and was going through detox while bound by her arms, abdomen, legs and feet, and as a direct result of the Defendants' failure to inspect, treat, examine, and diagnose, the Decedent suffocated to death, had heart failure and suffered unnecessary misery, pain, and suffering all to the detriment and damage of the Decedent, Jessica Vanover, and the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter B.B., a minor for the loss of her mother.

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000021 of 000026

21

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

51. That the Deputy Jailer and/or Supervising Officer failed to conduct in-person surveillance of the Decedent the evening of January 8, 2021 and throughout the night and early morning of January 9, 2021, and by the Defendants' failure to inspect, treat, examine, and diagnose the Decedent, she suffered heart trauma, suffered unnecessary misery, pain, and suffering and ultimately heart failure all to the detriment and damage of the Decedent, Jessica Vanover, and the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter B.B., a minor for the loss of her mother.

52. That at approximately 9:07 a.m on Saturday, January 9, 2021, Deputy Grosser noticed Jessica Vanover was not responsive. He immediately called Sergeant McDaniel and medical to come to cell P21 and to bring the AED. Deputy Grosser and Deputy McDaniel moves the safety restraints chair out of the cell. Deputy Hartman, Sergeant McDaniel and Deputy Grosser removed her from the chair and started CPR, called for Newport EMS, but she never regained consciousness.

53. That but for the Defendants' joint, several and individual failures to conduct the specifically required in-person surveillance at least once every 20 minutes and in-person inspection of Decedent while in the disciplinary chair and failure to watch the camera monitors, and had the Defendants followed proper procedure they would have discovered that the Decedent's condition was critical and near death but this careless and negligent conduct by the Defendants resulted in the death of the Decedent, Jessica Vanover, and for which the Plaintiffs are entitled to punitive damages.

54. That had the Co-Defendants, each of them jointly and severally discovered timely the Decedent's condition they could have provided life saving medical treatment to the Decedent but

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000022 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

the Defendants were negligent and careless and which action or inaction directly and proximately caused the death of Jessica Vanover to her damage and detriment and the damage and detriment of her Estate and for wrongful death and loss of consortium by her daughter B.B., a minor for the loss of her mother.

55. That at 9:07 a.m. on Saturday, January 9, 2021, Deputy Jailer Grosser found Jessica Vanover unconscious in the disciplinary chair dead.

56. That the Campbell County Coroner conducted an investigation, took photographs and ordered an autopsy conducted by the State Medical Examiner's office, but whose conclusions is unknown despite nearly one year having passed since Jessica Vanover was pronounced dead on January 9, 2021.

57. That strapped in a chair is a slow and extremely painful way to die, and that the Co-Defendants, individually, jointly and severally, either wantonly ignored or wantonly failed to believe the Decedent's cries for help, moans, agony, pain and suffering or callously, intentionally, or wantonly chose to ignore this condition for which the Decedent and her Estate are entitled to punitive damages.

58. That the Co-Defendants' complete failure to follow the requirements of KRS 441.055 and 501 KAR 3:090 among other statutes and regulations was a breach of their statutorily required duties for which they are negligent per se and liable to the Plaintiffs in such amounts as the proof may show, for wrongful death and loss of consortium.

59. That the death of Jessica Vanover directly and proximately resulted from the negligent, wanton, reckless, willful and intentional conduct of the Co-Defendants, individually and/or jointly, and for which Plaintiffs are entitled to punitive damages.

23

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000023 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

60.  That the conduct of the Co-Defendants, individually and/or jointly, constitutes gross

negligence, and as such, the Plaintiffs are entitled to punitive damages.

61.  That Co-Defendant, Southern Health Partners and the employees and Nurses,

negligently, wantonly, recklessly, willfully and intentionally ignored Decedent's plea for help,

and failed to examine, and/or negligently, wantonly, recklessly, willfully and intentionally failed

to render necessary medical treatment to Jessica Vanover thereby breaching the standard of care

owed to the Decedent in their care and treatment all to the detriment and damage of Jessica

Vanover and the Estate of Jessica Vanover for wrongful death and loss of consortium by her

daughter B.B., a minor for the loss of her mother.

62.  That Defendants, Jailer James Daley, the Campbell County Fiscal Court and Mark

Brandt, negligently supervised and retained Defendants, Southern Health Partners, despite

repeated failures to render proper and complete medical care for inmates at the Campbell County

Detention Center and Defendants knew of these complete failures, but continued to enter into

contracts for care by them and their incompetent employees.

63.  That Defendants, Jailer James Daley, the Campbell County Fiscal Court and Mark

Brandt, chose and contracted with Defendant, Southern Health Partners, in bad faith,

intentionally delegating statutory duties to Southern Health Partners and its employees.

64.  That the Plaintiffs are entitled to damages in excess of this Court's minimal

jurisdictional requirements.

65.  That the Co-Defendants violated the Plaintiffs and the Decedent's rights as secured

by the First, Fourth, Fifth, Eighth and Fourteenth Amendments to the U.S. Constitution by

denying her proper medical care, failure to diagnose her psychological and physical condition,

Presiding Judge: HON. DAN ZALLA (617377)

24

COM : 000024 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

improper use of the disciplinary chair, failing to follow statutes and regulations and breaching

their duties owed to Plaintiffs.  As a direct and proximate result of such conduct, the Decedent

died an extremely slow and painful death all to the detriment and damage of Jessica Vanover and

the Estate of Jessica Vanover for wrongful death and loss of consortium by her daughter B.B., a

minor for the loss of her mother.

66.  That the Defendants violated the Decedent's right to be free from cruel and unusual

punishment all to the detriment and damage of Jessica Vanover and the Estate of Jessica

Vanover, and, as such, the Defendants acted in violation of 42 USC §1983 all to the detriment

and damage of the Estate of Jessica Vanover and for which violation the Plaintiffs are entitled to

damages and attorney fees.

67.  That the Defendants were aware of the Decedent's serious condition after she

disclosed her addiction to the police admitting she was addicted to meth, yet the Defendants

disregarded the excessive risk to the health and safety of the Decedent and failed to act despite

their knowledge believing callously that the Decedent was experiencing withdrawal from drug

symptoms, and, as such, the Defendants acted in violation of 42 USC §1983 for which violation

the Plaintiffs are entitled to damages and attorney fees.

68.  That the Decedent suffered for several days without proper care and medication and

experienced, during that period of survival, conscious pain and suffering, and the use of the

disciplinary chair masked symptoms and was used negligently in violation of the Decedent's

rights to her damage and detriment, and, as such, the Defendants acted in violation of 42 USC

§1983.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally in

Presiding Judge: HON. DAN ZALLA (617377)

COM : 000025 of 000026

NOT ORIGINAL DOCUMENT
01/11/2022 08:13:39 AM
84997-7

such sums as the proof may show; for wrongful death in accordance with KRS 411.130; for pain

and suffering; for impairment to earn income; for lost wages; for loss of enjoyment of life; for

damages resulting from negligence; for violation of statutory duties; for reckless and wanton

conduct; for punitive damages; and for such other such causes of action as evidenced by the

facts; for their cost herein expended; and for violation of Decedent's right to be free from cruel

and unusual punishment; for violation of her constitutional rights; for a trial by jury; and for

reasonable attorney's fees pursuant to 42 USC §1983 & 1988; for the loss of consortium of her

mother and any and all other relief to which they are entitled.

Respectfully submitted,

/s/Robert E. Blau
ROBERT E. BLAU
ATTORNEY FOR PLAINTIFFS
Blau & Kriege, P.L.L.C.
3699 Alexandria Pike
Cold Spring, KY 41076
859/441-5400

Presiding Judge: HON. DAN ZALLA (617377)

26

COM : 000026 of 000026



AOC-E-105      Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT
02/09/2022  22-CI-00013
84987 J

Case #: **22-CI-00013**

Court:  **CIRCUIT**

County:  **CAMPBELL**

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **HEATHER N OPPIHLE**
      **601 CENTRAL AVENUE**
      **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

<div style="text-align:right">Presiding Judge: HON. DAN ZALLA (617377)</div>

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____      _____

                                                         Served By

                                                 _____

                                                           Title

CI : 000001 of 000001

Summons ID: @00000205223
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

eFiled



AOC-E-105       Sum Code: CI
Rev. 9-14

**NOT ORIGINAL DOCUMENT**
02/09/2022   Case #: 22-CI-00013
8490?-J

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

Court:   **CIRCUIT**

County:   **CAMPBELL**

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **DEPUTY XAVIER GIBBS**

**601 CENTRAL AVENUE**

**NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

---

Summons ID: @00000205214
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



eFiled



AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1

NOT ORIGINAL DOCUMENT
Case #: 22-CI-00013
02/09/2022
84987-7

Case #: 22-CI-00013

Court:   **CIRCUIT**

County:  **CAMPBELL**

# CIVIL SUMMONS

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO: **UNKNOWN NURSES**

**CT CORPORATION SYSTEM**

**4169 WESTPORT ROAD**

**LOUISVILLE, KY 40207**

The Commonwealth of Kentucky to Defendant:
**UNKNOWN NURSES**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

   _____
   Served By

   _____
   Title

Presiding Judge: HON. DAN ZALLA (617377)

CI : 000001 of 000001

Summons ID: @00000205230
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



eFiled

Page 1 of 1



AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
02/09/2022  Case #: 22-CI-00013
84987.7

Court:  **CIRCUIT**

County:  **CAMPBELL**

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **DEPUTY IRVING**
     **601 CENTRAL AVENUE**
     **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

---

<div align="center">

**Proof of Service**
</div>

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @00000205219
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Presiding Judge: HON. DAN ZALLA (617377)

CI : 000001 of 000001

eFiled

AOC-E-105   Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT
02/09/2022
Case #: 22-CI-00013

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

Court:   **CIRCUIT**

County:   **CAMPBELL**

CR 4.02; Cr Official Form 1



# CIVIL SUMMONS

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:   **DEPUTY PAM BROCK**

**601 CENTRAL AVENUE**

**NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

<div style="text-align:right">

Presiding Judge: HON. DAN ZALLA (617377)

</div>

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000205220
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



**eFiled**



AOC-E-105        Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice        Courts.ky.gov

CR 4.02; Cr Official Form 1

**NOT ORIGINAL DOCUMENT**
02/09/2022  Case #: 22-CI-00013
84967 J

Court:    **CIRCUIT**
County:    **CAMPBELL**

# CIVIL SUMMONS

---

*Plantiff*, **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:    **DEPUTY ALEXANDER FEAD**
       **601 CENTRAL AVENUE**
       **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
                                    Served By

   _____
                                    Title

CI : 000001 of 000001

---

Summons ID: @00000205215
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

eFiled



AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1

**NOT ORIGINAL DOCUMENT**
02/09/2022 Case #: 22-CI-00013
849071.7

Court: **CIRCUIT**

County: **CAMPBELL**

# CIVIL SUMMONS

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **JAMES  DALEY**
     **601 CENTRAL AVENUE**
     **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____          _____
                                                    Served By

                                            _____
                                                      Title

CI : 000001 of 000001

Summons ID: @00000205210
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



**eFiled**



AOC-E-105       Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT
02/09/2022   Case #: 22-CI-00013
84987.7

Commonwealth of Kentucky
Court of Justice     Courts.ky.gov

Court:   **CIRCUIT**

County:   **CAMPBELL**

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:   **DEPUTY ELIJAH MEYER**
      **601 CENTRAL AVENUE**
      **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000205217
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A

Page 1 of 1



eFiled



AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1

NOT ORIGINAL DOCUMENT
02/09/2022 Case #: 22-CI-00013
84967.2

Case #: 22-CI-00013
Court: **CIRCUIT**
County: **CAMPBELL**

# CIVIL SUMMONS

*Plantiff*, **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO: **SERGEANT STEPHEN MCDANIEL**
      **601 CENTRAL AVENUE**
      **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000205213
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

**eFiled**



AOC-E-105       Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT
02/09/2022  22-CI-00013
84987.7

Commonwealth of Kentucky
Court of Justice       Courts.ky.gov

CR 4.02; Cr Official Form 1

Case #: 22-CI-00013

Court:   **CIRCUIT**

County:  **CAMPBELL**

# CIVIL SUMMONS

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **CORINNE HUGHES, LPN**

**CT CORPORATION SYSTEM**

**4169 WESTPORT ROAD**

**LOUISVILLE, KY 40207**

The Commonwealth of Kentucky to Defendant:
**CORINNE HUGHES, LPN**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000205227
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

eFiled

AOC-E-105      Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT
02/09/2022
84987 J

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



Case #: 22-CI-00013

Court:  **CIRCUIT**

County:  **CAMPBELL**

# CIVIL SUMMONS

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **DEPUTY  GONZALES**
      **601 CENTRAL AVENUE**
      **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____

                                    _____

                                          Served By

                                    _____

                                          Title

CI : 000001 of 000001

Summons ID: @00000205221
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A

Page 1 of 1



eFiled

AOC-E-105       Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT
02/09/2022
84967.5

Commonwealth of Kentucky
Court of Justice     Courts.ky.gov

CR 4.02; Cr Official Form 1



Case #:  22-CI-00013

Court:  **CIRCUIT**

County:  **CAMPBELL**

## CIVIL SUMMONS

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **MARK  BRANDT**

      **601 CENTRAL AVENUE**

      **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

<div style="text-align:right;">Presiding Judge: HON. DAN ZALLA (617377)</div>

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____      _____

                                     Served By

                                     _____

                                     Title

<div style="text-align:right;">CI : 000001 of 000001</div>

Summons ID: @00000205211
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

eFiled

AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1



**NOT ORIGINAL DOCUMENT**
02/09/2022
84967.7

Case #: **22-CI-00013**

Court:  **CIRCUIT**

County:  **CAMPBELL**

# CIVIL SUMMONS

---

*Plaintiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **SERGEANT RYAN GROSSER**

   **601 CENTRAL AVENUE**

   **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

<div style="text-align:right"><em>Presiding Judge: HON. DAN ZALLA (617377)</em></div>

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

   _____
   Served By

   _____
   Title

<div style="text-align:right"><strong>CI : 000001 of 000001</strong></div>

Summons ID: @00000205218
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

**eFiled**

AOC-E-105   Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice   Courts.ky.gov

CR 4.02; Cr Official Form 1



**NOT ORIGINAL DOCUMENT**
02/09/2022 Case #: 22-CI-00013
84907 J

Court:  **CIRCUIT**

County:  **CAMPBELL**

## CIVIL SUMMONS

---

*Plaintiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **DEPUTY CHARLES BOESCHENSTEIN**

   **601 CENTRAL AVENUE**

   **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
   Served By

   _____
   Title

Summons ID: @00000205216
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

**eFiled**

Presiding Judge: HON. DAN ZALLA (617377)

CI : 000001 of 000001

AOC-E-105     Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



NOT ORIGINAL DOCUMENT
02/09/2022

Case #: 22-CI-00013
Court:   **CIRCUIT**
County:  **CAMPBELL**

# CIVIL SUMMONS

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **MERISSA SPARKS, RN**

   **CT CORPORATION SYSTEM**

   **4169 WESTPORT ROAD**

   **LOUISVILLE, KY 40207**

The Commonwealth of Kentucky to Defendant:
**MERISSA SPARKS, RN**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

*Presiding Judge: HON. DAN ZALLA (617377)*

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

   _____
   Served By

   _____
   Title

*CI : 000001 of 000001*

Summons ID: @00000205228
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

eFiled

AOC-E-105       Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice        *Courts.ky.gov*

CR 4.02; Cr Official Form 1



NOT ORIGINAL DOCUMENT
02/09/2022  Case #: 22-CI-00013
8498??

Court:    **CIRCUIT**

County:  **CAMPBELL**

# CIVIL SUMMONS

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **MAIN CONTROL OPERATOR PRUITTE**
      **601 CENTRAL AVENUE**
      **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

<div style="text-align:right">Presiding Judge: HON. DAN ZALLA (617377)</div>

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
                                                Served By

   _____
                                                Title

<div style="text-align:right">CI : 000001 of 000001</div>



Page 1 of 1

**eFiled**



AOC-E-105        Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice        Courts.ky.gov

CR 4.02; Cr Official Form 1

**NOT ORIGINAL DOCUMENT**
02/09/2022   Case #: 22-CI-00013
84907 J

Court:   **CIRCUIT**

County:   **CAMPBELL**

# CIVIL SUMMONS

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:   **CAMPBELL COUNTY DETENTION CENTER**

**601 CENTRAL AVENUE**

**NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000205209
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

eFiled

AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
02/09/2022  22-CI-00013
84907 J

Case #: **22-CI-00013**

Court:    **CIRCUIT**

County:   **CAMPBELL**

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:   **STEVE PENDERY**

　　　**1098 MONMOUTH STREET**

　　　**NEWPORT, KY 41071**

Memo: Related party is CAMPBELL COUNTY FISCAL COURT

The Commonwealth of Kentucky to Defendant:
**CAMPBELL COUNTY FISCAL COURT**

　　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

　　To: _____

☐ Not Served because: _____

　　Date: _____, 20 _____      _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Served By

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Title

<div style="text-align:right">Presiding Judge: HON. DAN ZALLA (617377)</div>

<div style="text-align:right">CI : 000001 of 000001</div>

Summons ID: @00000205225
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

**eFiled**

AOC-E-105        Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
02/09/2022  22-CI-00013
84905.7

Case #: 22-CI-00013
Court:  **CIRCUIT**
County:  **CAMPBELL**

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **MICHAEL UNKNOWN**
     **CT CORPORATION SYSTEM**
     **4169 WESTPORT ROAD**
     **LOUISVILLE, KY 40207**

The Commonwealth of Kentucky to Defendant:
**MICHAEL UNKNOWN**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

     To: _____

☐ Not Served because: _____

   Date: _____, 20 _____        _____

                                                            Served By

                                                   _____

                                                            Title

CI : 000001 of 000001



eFiled

Page 1 of 1



AOC-E-105      Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT
02/09/2022
84907.7

Case #: 22-CI-00013

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

Court: **CIRCUIT**

County: **CAMPBELL**

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

---

*Plaintiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO: **CT CORPORATION SYSTEM**

  **4169 WESTPORT ROAD**

  **LOUISVILLE, KY 40207**

Memo: Related party is SOUTHERN HEALTH PARTNERS, INC.

The Commonwealth of Kentucky to Defendant:
**SOUTHERN HEALTH PARTNERS, INC.**

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

Presiding Judge: HON. DAN ZALLA (617377)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20 _____

  _____
  Served By

  _____
  Title

CI : 000001 of 000001

---

Summons ID: @00000205226
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



eFiled

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
02/09/2022   22-CI-00013
84907 J

Case #: 22-CI-00013
Court:   **CIRCUIT**
County: **CAMPBELL**

---

*Plantiff,* **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **DEPUTY SHAWN HARTMAN**
     **601 CENTRAL AVENUE**
     **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

<div style="text-align:right">Presiding Judge: HON. DAN ZALLA (617377)</div>

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20_____      _____
                                        Served By

                                        _____
                                        Title

<div style="text-align:right">CI : 000001 of 000001</div>

Summons ID: @00000205212
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



eFiled

AOC-E-105      Sum Code: CI
Rev. 9-14



NOT ORIGINAL DOCUMENT
02/09/2022  22-CI-00013
84967.72

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1

Case #: **22-CI-00013**
Court:   **CIRCUIT**
County:  **CAMPBELL**

# CIVIL SUMMONS

---

*Plantiff*, **ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A**, *Defendant*

TO:  **HEAVON CULLUM**
      **601 CENTRAL AVENUE**
      **NEWPORT, KY 41071**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Taunya Nolan Jack*

Campbell Circuit Clerk
Date: **1/7/2022**

<div style="float:right">Presiding Judge: HON. DAN ZALLA (617377)</div>

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

      To: _____

☐ Not Served because: _____

      Date: _____, 20_____        _____
                                                    Served By

                                                    _____
                                                    Title

Summons ID: @00000205222
CIRCUIT: 22-CI-00013 Certified Mail
ARLINGHAUS, DEBBIE VS. CAMPBELL COUNTY DETENTION CENTER ET A



Page 1 of 1

eFiled