UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

**DEBBIE ARLINGHAUS, Administratrix** )
of the Estate of Jessica Vanover, et al. )
      *Plaintiffs* )   Civil No. 2:22-cv-12 (WOB-CJS)
)
**v.** )
)
**CAMPBELL COUNTY DETENTION** )
**CENTER. et al.** )
      *Defendants* )

## AMENDED COMPLAINT

Comes now the Plaintiff, Debbie Arlinghaus, as Administratrix of the Estate of Jessica Vanover and as Guardian and Next Friend of the minor, B.B.**,** and for her Amended Complaint states as follows:

1. That she incorporates the original Complaint filed in the Campbell Circuit Court and which Complaint has been removed to the United States District Court, Eastern District of Kentucky by adoption in full of each and every allegation in said Complaint.

2. That the Defendant, Michael (Last Name Unknown), LPN has been identified as Michael Bolin, an employee of Southern Health Partners, Inc.

3. That the Complaint is hereby amended by reference adding Michael Bolin, LPN's name in to each and every allegation wherein he was referred to as Michael (Last Name Unknown), LPN.

4. That the Complaint is hereby amended to identify the Defendant, Deputy Gonzales as William Gonzales by reference and including now his full name in each paragraph in the Complaint in which he was referenced only as Deputy Gonzales.

5. That the Complaint is hereby amended to identify Defendant, Deputy Irving, as Andrew Irving by reference and including now his full name in each paragraph of the Complaint in which he was referenced only as Deputy Irving.

Respectfully submitted,

/s/Robert B. Blau
ROBERT E. BLAU
Counsel for Plaintiff
Blau & Kriege, PLLC
3699 Alexandria Pike
Cold Spring, KY 41076
859-441-5400
(Fax) 859-441-8248
(blau.kriege@gmail.com)

## CERTIFICATION OF SERVICE

I hereby certify that on May 10, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeffery Mando, Esq.
mailto:jadams@bdblawky.com(jmando@adamsattorney.com)

M. Jane Brannon, Esq.
(mjbrannon@jacksonkelly.com)

Donald Nageleisen, Esq.
(dlnlegalmail@yahoo.com)

/s/Robert B. Blau
ROBERT E. BLAU