UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| DEBBIE ARLINGHAUS, as Administratrix of the Estate of Jessica Vanover and as Guardian and Next Friend of B.B., a minor, | ) ) ) ) ) | Civil Action No. 2: 22-012-DCR |
| Plaintiff, | ) ) | |
| V. | ) ) ) | **ORDER** |
| CAMPBELL COUNTY DETENTION CENTER, et al., | ) ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The remaining parties have tendered a Notice of Settlement, advising the Court that they have reached a resolution in this matter. [Record No. 124] The parties report that they anticipate being able to file a proposed Agreed Order of Dismissal within forty-five days. The Court assumes the plaintiff does not intend to proceed against the remaining defendants whose claims have not been resolved, but that information can be supplied through the plaintiff's next filing.

Accordingly, it is hereby

**ORDERED** that all deadlines in this matter are **SUSPENDED**. The parties are directed to tender a proposed Agreed Order of Dismissal on or before **Friday, October 4, 2024**.

- 2 -

Dated: August 21, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky