UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| DEBBIE ARLINGHAUS, as | ) | |
| Administratrix of the Estate of Jessica | ) | |
| Vanover and as Guardian and Next Friend | ) | Civil Action No. 2: 22-012-DCR |
| of B.B., a minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CAMPBELL COUNTY DETENTION | ) | **ORDER** |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Debbie Arlinghaus, Administratrix of the Estate of Jessica Vanover, and as guardian and next friend of B.B., a minor, and Defendants Corrine Hughes, Michael Bolin, and Marissa Sparks have submitted proposed Agreed Orders of Voluntary Dismissal [Record Nos. 129, 130 and 131] in accordance with the Court's earlier instructions.  [Record No. 125] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1.     The parties' proposed Agreed Orders of Voluntary Dismissal [Record Nos. 129, 130, and 131], docketed as motions, are **GRANTED**.

2.     All claims asserted in this action against Defendants Corrine Hughes, Michael Bolin, and Marissa Sparks are **DISMISSED**, with prejudice.

3.     The settling parties subject to this Order shall bear their respective fees, costs and expenses.

- 1 -

4.      All claims having been resolved, this action is **DISMISSED** and **STRICKEN** from the docket.

Date: September 19, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky