UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| DEBBIE ARLINGHAUS, Administratrix ) <br> Of THE ESTATE OF JESSICA ) <br> VANOVER and as Guardian and Next ) <br> Friend of B.B., a minor ) <br>     ) <br>     Plaintiff ) <br>     ) <br> v.     ) <br>     ) <br> CAMPBELL COUNTY DETENTION ) <br> CENTER, ET AL. ) <br>     ) <br>     Defendants ) | CIVIL ACTION NO. <br><br> 2:22-cv-00012-DCR-CJS |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court by agreement of the parties as evidenced by the signatures of respective counsel below, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the above-styled matter be, and the same is HEREBY DISMISSED WITH PREJUDICE with each party to bear its own costs. There being no just cause for delay, this is a final and appealable ORDER.

There being nothing further pending, this matter is HEREBY STRICKEN FROM THE DOCKET OF THE COURT.

**ENTERED** this _____ day of _____, 2024.

**HAVE SEEN AND AGREED:**

*/s/ Robert Blau (w/permission)*
Robert E. Blau
Blau & Kriege, PLLC
3699 Alexandria Pike
Cold Spring, KY  41076
blau.kriege@gmail.com
*Counsel for Plaintiffs*


*/s/ M. Jane Brannon*
M. Jane Brannon
JACKSON KELLY PLLC
100 West Main Street, Suite 700
P O Box 2150
Lexington, KY  40588-2150
(859) 255-9500
*Counsel for Defendants,*
*Southern Health Partners, Inc., Corrine Hughes, LPN,*
*Marissa Sparks, RN and Michael Bolin, LPN*

4854-2420-6834.v1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert E. Blau
Blau & Kriege, PLLC
3699 Alexandria Pike
Cold Spring, KY 41076
blau.kriege@gmail.com
*Counsel for Plaintiffs*

Jeffrey C. Mando
Jennifer L. Langen
Adams Law, PLLC
40 West Pike Street
Covington, KY 41011
jmando@adamsattorneys.com
jlangen@adamsattorneys.com
*Counsel for Defendants,*
*Campbell County Detention Center, James Daley, individually and in his capacity as the duly elected Campbell County Jailer; Marc Brandt, individually and in his capacity as the duly appointed Chief Deputy Jailer; Deputy Shawn Hartman; Deputy Xavier Biggs; Deputy Charles Boeschenstein; Deputy Elijah Meyer, Sergeant Ryan Grosser; Deputy Pam Brock; Booking Specialists Heavon Cullum; Booking Officer Heather Oppihle; Main Control Operator Pruitte; and, Campbell County, Kentucky and the Campbell County Fiscal Court*

Donald L. Nageleisen
2216 Dixie Highway, Suite 203
Ft. Mitchell, KY 41017
dlnlegalmail@yahoo.com
*Counsel for Plaintiffs*

                              /s/ M. Jane Brannon
                              *Counsel for Defendants,*
                              *Southern Health Partners, Inc., Corrine Hughes, LP, Marissa Sparks, RN and Michael Bolin, LPN*

4854-2420-6834.v1